IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    vs.<br><br>Kenji INGRAM,<br><br>            Defendant | Criminal No. 20-cr-10220 |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

    The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant is in state custody, a federal arrest warrant was lodged with the state facility on September 30, 2020, and that there is no further reason to keep the indictment secret.

                                      Respectfully submitted,

                                      ANDREW E. LELLING
                                      United States Attorney

                By:    */s/ Sarah B. Hoefle*
                          Sarah B. Hoefle
                          Assistant U.S. Attorney

                          Date:  October 4, 2020