AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cr-10220-FDS |
| Kenji Ingram | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 10/19/2020

/s/ Kunal Pasricha
*Attorney's signature*

Kunal Pasricha
*Printed name and bar number*

U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02120
*Address*

kunal.pasricha@usdoj.gov
*E-mail address*

(617) 748-3203
*Telephone number*

*FAX number*