COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.  BOSTON MUNICIPAL COURT
DORCHESTER DIVISION
DOCKET # 0907CR001739

COMMONWEALTH

v.

KENJI INGRAM

## NOLLE PROSEQUI

Now comes the Commonwealth and enters a nolle prosequi as to all charges on this complaint. As grounds therefore, the Commonwealth states that controlled substance recovered in this case was purportedly tested by Annie Dookhan and is presumptively tainted. See *Commonwealth v. Scott*, 467 Mass. 336, 352 (2014). The Commonwealth's nolle prosequi in this matter is the most appropriate action to deter such misconduct in the future. See, e.g., *Bridgeman v. District Attorney for the Suffolk District*, 476 Mass. 298, 316-317 (2017).

Respectfully Submitted
For the Commonwealth,

DISTRICT ATTORNEY
KEVIN HAYDEN

By: _____
Robert A. Reed
Assistant District Attorney
Suffolk County District Attorney's Office

Dated: May 3, 2023